**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−70155−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

David W. Shaulis
799 Woodstown Highway
Hollsopple, PA 15935

Cynthia L. Shaulis
799 Woodstown Highway
Hollsopple, PA 15935

Social Security No.:
xxx−xx−9106

xxx−xx−5952

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Jon A. McKechnie
Harold Shepley & Associates LLC
209 W. Patriot Street
Somerset, PA 15501
Telephone number: 814−444−0500

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
May 26, 2017
02:00 PM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

CONFIRMATION HEARING DATE/TIME/LOC
May 26, 2017
02:00 PM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/25/17

BY THE COURT

Jeffery A. Deller
Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                   Case No. 17-70155-JAD
David W. Shaulis                                                         Chapter 13
Cynthia L. Shaulis
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0315-7          User: gamr                  Page 1 of 2                  Date Rcvd: Apr 25, 2017
                              Form ID: rsc13              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db/jdb         +David W. Shaulis,    Cynthia L. Shaulis,    799 Woodstown Highway,    Hollsopple, PA 15935-7320
14371889       +ACS/Nelnet Nhlp-iii/tr,    ACS Education Services,    P.O. Box 7051,    Utica, NY 13504-7051
14375425       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14371890        Capital One,    Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14371891       +Collections Unit,    Office of Attorney General,    14th Floor, Strawberry Square,
                 Harrisburg, PA 17120-0001
14371892       +Cortese Associates,    148 Claruth Drive,    Windber, PA 15963-8927
14371896        Department of Education,    Fedloan Servicing,    P.O. Box 530210,    Atlanta, GA 30353-0210
14371897        ECMC,    P.O. Box 64909,    Saint Paul, MN 55164-0909
14371898       +Federal Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14371899       +Martin M. Dudas, DDS, PC,    538 Vine Street,    Johnstown, PA 15901-2013
14371900        Memorial Medical Center,    P.O. Box 603396,    Charlotte, NC 28260-3396
14371901       +Mr. Muffler Inc.,    1022 Scalp Avenue,    Johnstown, PA 15904-3035
14391631        NELNET EDUCATION FUNDING TRUST on behalf of,    Educational Credit Management,    Corporation/VA,
                 Educational Credit Management,    Corporation,    PO BOX 16408, St. Paul, MN 55116-0408
14371902       +Penn Credit Corporation,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
14371906       +Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Department,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14371905        Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
14396700        US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14371907       +US Dept of Ed/Great Lakes,    Higher Education,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2017 01:04:32      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14371894        E-mail/Text: hariasdiaz@creditmanagementcompany.com Apr 26 2017 01:04:58
                 Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14371893       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Apr 26 2017 01:04:58
                 Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
14371895        E-mail/Text: creditonebknotifications@resurgent.com Apr 26 2017 01:04:13      Credit One Bank,
                 Attn: Bankruptcy,    P.O. Box 98873,    Las Vegas, NV 89193-8873
14371903        E-mail/Text: blegal@phfa.org Apr 26 2017 01:04:42      PHFA- HEMAP,    211 North Front Street,
                 P.O. Box 15530,    Harrisburg, PA 17105-5530
14371904        E-mail/Text: blegal@phfa.org Apr 26 2017 01:04:42      PHFA-HEMAP,    211 North Front Street,
                 P.O. Box 15206,    Harrisburg, PA 17105-5206
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, National Association, as Trustee, as su
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14379924*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                            TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: gamr              Page 2 of 2            Date Rcvd: Apr 25, 2017
                              Form ID: rsc13          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Trustee, as
               successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National
               Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bkgroup@kmllawgroup.com
              Jon A. McKechnie    on behalf of Joint Debtor Cynthia L. Shaulis jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Jon A. McKechnie    on behalf of Debtor David W. Shaulis jmckechnie@shepleylaw.com,
               bk@shepleylaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor   Americredit Financial Services, Inc. dba GM Financial
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                            TOTAL: 6
```