MINUTES OF CHAPTER 12 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Shaulis_____ JAD
Date of Meeting: 5/26/17
Case Number: 17-70155___ Recording # _16_____
Debtor(s) present _✓_ or Not Present ___ (___ No Payments Made or _✓_ partial payments)
Attorney for debtor(s) _McKechnie_____ (Present _✓_ or Not Present ____)
Date of Plan at § 341: _____2/28/17___ Applicable commitment period _✓_ 3 yrs ___ 5 yrs

_2016 tax return on ext_
_need copy for T review_

FILED
2017 JUN -6 P 2: 25
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_✓_ taxes.

_____ Meeting HELD and CONCLUDED
_✓_ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD        _____ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_X_ Confirmation Order recommended _____ Final  _X_ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case.  Motion to be filed by the Debtor within 10 days
_X_ Continued to:
_____ 341 Meeting, OR _X_ Conciliation Conf. OR ___ *Contested Hearing
On _____11/2/17_____ at _11:00_ am/pm Location _3250_

_Janas Parr_
Chapter 13 Trustee/Attorney for Trustee