# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br><br>    Debtor(s).<br><br>    v.<br><br>NO RESPONDENT. | Bankruptcy No. 17-70155-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. |

## NOTICE OF APPEARANCE ON BEHALF OF DEBTORS

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of David W. Shaulis and Cynthia L. Shaulis, the debtor(s) in the above-captioned case, and add my name to the mailing matrix to receive notices of all matters in this case.

                                              Respectfully submitted:

Dated: 10/14/2019                              /s/ Daniel J. Boger, Esq.
                                                        Daniel J. Boger, Esq.
                                                        PA Bar ID No. 92961
                                                        Harold Shepley & Associates, LLC
                                                        209 West Patriot Street
                                                        Somerset, PA 15501
                                                        Phone: (814) 444-0500
                                                        Facsimile: (814) 444-0600
                                                        dboger@shepleylaw.com