**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DAVID W. SHAULIS
CYNTHIA L. SHAULIS

    Debtor(s)

Ronda J. Winnecour

    Movant

vs.

US BANK TRUST NA - TRUSTEE
    Respondent(s)

Case No. 17-70155JAD

Chapter 13

Document No.___

### INTERIM NOTICE OF CURE OF ARREARS

Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 24
Court Claim Number - 7

5/8/2020

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  DAVID W. SHAULIS
  CYNTHIA L. SHAULIS

       Debtor(s)

  Ronda J. Winnecour

       Movant
    vs.

  US BANK TRUST NA - TRUSTEE

       Respondent(s)

Case No.:17-70155JAD

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

> DAVID W. SHAULIS, CYNTHIA L. SHAULIS, 799 WOODSTOWN HIGHWAY, HOLLSOPPLE, PA  15935
> DANIEL J BOGER ESQ, HAROLD SHEPLEY & ASSOC LLC, 209 W PATRIOT ST, SOMERSET, PA  15501
> US BANK TRUST NA - TRUSTEE, C/O SELECT PORTFOLIO SERVICING*, PO BOX 65450, SALT LAKE CITY, UT  84165
> SELECT PORTFOLIO SERVICING**, BANKRUPTCY NOTICES**, POB 65250, SALT LAKE CITY, UT  84165
> JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

05/08/2020

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com