**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>    **DEBTOR(S)**.<br><br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>    **MOVANT(S)**,<br><br>            v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR EMC MORTGAGE LOAN TRUST 2005-A, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-A,<br>    **RESPONDENT**,<br><br>        and<br><br>RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE,<br>    **ADDITIONAL RESPONDENT**. | Bankruptcy No.  17-70155-JAD<br><br>Chapter  13<br><br>Document No.<br><br>Related to Claim No. 7 |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE PURSUANT TO W.PA.LBR 3002-4 (b)(2)**

AND NOW, come the debtors, David W. Shaulis and Cynthia L. Shaulis, by and through their attorney, Daniel J. Boger, Esq. and the law firm of Harold Shepley & Associates, LLC, and respectfully file the within Declaration Regarding Notice of Mortgage Payment Change and, in support thereof, represent as follows:

**1.**     The debtors are, David W. Shaulis and Cynthia L. Shaulis, both adult individuals presently residing at 799 Woodstown Highway, Hollsopple, Pennsylvania 15935.

**2.**     Counsel for the debtors is now Daniel J. Boger, Esq., of Harold Shepley & Associates LLC, 209 West Patriot Street, Somerset, Pennsylvania 15501.

**3.** The mortgage company for the debtors' residential real estate is U.S. Bank, National Association, As Trustee, As Successor-In-Interest To Bank Of America, N.A. As Successor To Lasalle Bank National Association, As Trustee For EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, as indicated on the proof of claim and filed at Claim No. 7 in the Claims Register in this case.

**4.** The new post-petition monthly payment payable to U.S. Bank, National Association, As Trustee, As Successor-In-Interest To Bank Of America, N.A. As Successor To Lasalle Bank National Association, As Trustee For EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A is $1,114.09 effective October 1, 2018 as indicated in the Notice of Mortgage Payment Change filed on August 16, 2018 at Claim No. 7 in the Claims Register in this case.

**5.** Debtor's counsel has reviewed the current Plan dated February 28, 2017 that was confirmed as modified and evidenced by the Order issued on November 7, 2017 at docket number 31, recomputed the Plan payment based upon the mortgage payment change and believes that the existing Chapter 13 Plan payment is sufficient to fund the Plan.

Date:   07/28/2020

Respectfully submitted,
/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 W. Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Fax:    (814) 444-0600
E-mail: dboger@shepleylaw.com