FILED
7/8/21 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>    **DEBTOR(S)**.<br><br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>    **MOVANT(S)**,<br><br>v.<br><br>RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,<br>    **RESPONDENT(S)**. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 17-70155-JAD<br><br>Chapter 13<br><br>Related to ECF No. 49 |

**DEFAULT ORDER EMPLOYING SPECIAL COUNSEL NUNC PRO TUNC**

**AND NOW**, this 8th day of July, 2021, upon default and no party having filed a timely response to the **MOTION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC**, it is **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above-referenced Motion is hereby approved as of the date the Motion was filed.

2. Emerald N. Williams, Esq., of Woomer & Talarico, LLC, 2945 Banksville Road, Suite 200, Pittsburgh, PA 15216, is hereby appointed as **Special Counsel** for the Estate/Debtor(s) pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above-referenced Motion/Application for the limited purpose of acting as an attorney in connection with the interest of the Estate/Debtor in prosecuting claims against **Conemaugh Township Area School District, C.M. Eichenlaub Co., Hussey Seating Company, and Fazio Mechanical Services, Inc.** and all giving rise to the Debtors' claims for **personal injury** as referenced in the foregoing Motion/Application, *provided however*, no settlement of any claim is to occur without prior Court Order after notice and hearing.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal services properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

DATED: July 8, 2021

_____  mas
**JEFFERY A. DELLER**
United States Bankruptcy Judge

cc:  **Debtors**
     **Counsel**
     **Office of the U.S. Trustee**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70155-JAD |
| David W. Shaulis | Chapter 13 |
| Cynthia L. Shaulis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: nsha | Page 1 of 2 |
| Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David W. Shaulis, Cynthia L. Shaulis, 799 Woodstown Highway, Hollsopple, PA 15935-7320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor David W. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Cynthia L. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor David W. Shaulis jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Cynthia L. Shaulis jmckechnie@shepleylaw.com bk@shepleylaw.com |

| District/off: 0315-7 | User: nsha | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9