# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-70155-JAD |
| DAVID W. SHAULIS, | : | |
| CYNTHIA L. SHAULIS, | : | Chapter 13 |
| **Debtor(s)**. | : | |
| | : | Document No. |
| DAVID W. SHAULIS, | : | |
| CYNTHIA L. SHAULIS, | : | Related to Doc. No. |
| **Movant(s)**, | : | |
| | : | |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
| **Respondent**. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 22, 2022 at docket numbers 57 and 58, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

   This Certification is being signed under penalty of perjury by the undersigned counsel who duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  03/14/2022            By:    /s/ Daniel J. Boger, Esq.
                                     Daniel J. Boger, Esq.
                                     PA Bar ID No. 92961
                                     Harold Shepley & Associates, LLC
                                     209 W. Patriot Street
                                     Somerset, PA 15501
                                     Phone: (814) 444-0500
                                     E-Mail: dboger@shepleylaw.com