## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>      **DEBTOR(S)**.<br><br>DAVID W. SHAULIS,<br><br>      **MOVANT(S)**,<br><br>v.<br><br>GAUTIER STEEL LTD,,<br>      **RESPONDENT(S).** | Bankruptcy No. 17-70155-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. 61<br><br>Responses Due:<br><br>Hearing Date & Time: |

### CERTIFICATE OF SERVICE OF ORDER TO STOP PAYROLL DEDUCTIONS

I certify under the penalty of perjury that I served the above-captioned Order on the party listed below at the address specified below on March 17, 2022.

The type of service made on the parties was First-Class United States Mail, Postage Prepaid.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Gautier Steel Ltd
Attn: Payroll Manager
80 Clinton Street
Johnstown, PA 15901

Date:   03/17/2022        By:   /s/ Daniel J. Boger, Esq.
                                Daniel J. Boger, Esq.
                                PA Bar ID No. 92961
                                Harold Shepley & Associates, LLC
                                209 West Patriot Street
                                Somerset, PA 15501-1563
                                Phone:  (814) 444-0500
                                Fax:    (814) 444-0600
                                E-mail: dboger@shepleylaw.com
                                **Counsel for the Debtor(s)/Movant(s).**