**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>  DAVID W. SHAULIS<br>  CYNTHIA L. SHAULIS<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>          vs.<br>  DAVID W. SHAULIS<br>  CYNTHIA L. SHAULIS<br><br>          Respondents | Case No.17-70155JAD<br><br>Chapter 13<br><br>Related to ECF No. 59 | FILED<br>3/16/22 11:34 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  16th  day of   March  2022,         it is hereby ORDERED, ADJUDGED, and DECREED that

Gautier Steel Ltd
Attn: Payroll Manager
80 Clinton St
Johnstown, PA 15901

is hereby ordered to immediately terminate the attachment of the wages of DAVID W. SHAULIS, social security number XXX-XX-9106.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID W. SHAULIS.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70155-JAD |
| David W. Shaulis | Chapter 13 |
| Cynthia L. Shaulis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David W. Shaulis, Cynthia L. Shaulis, 799 Woodstown Highway, Hollsopple, PA 15935-7320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor David W. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Cynthia L. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor David W. Shaulis jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Joint Debtor Cynthia L. Shaulis jmckechnie@shepleylaw.com  bk@shepleylaw.com

Maria Miksich

on behalf of Creditor U.S. Bank  National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

William E. Craig

on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9