| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David W. Shaulis<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9106<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Cynthia L. Shaulis<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5952<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17–70155–JAD | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David W. Shaulis                               Cynthia L. Shaulis

6/14/22                                        **By the court:** Jeffery A. Deller
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70155-JAD |
| David W. Shaulis | Chapter 13 |
| Cynthia L. Shaulis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W. Shaulis, Cynthia L. Shaulis, 799 Woodstown Highway, Hollsopple, PA 15935-7320 |
| sp | + | Emerald N. Williams, Woomer & Talarico, LLC, 2945 Banksville Rd, Suite 200, Pittsburgh, PA 15216-2749 |
| 14371889 | + | ACS/Nelnet Nhlp-iii/tr, ACS Education Services, P.O. Box 7051, Utica, NY 13504-7051 |
| 14371891 | + | Collections Unit, Office of Attorney General, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14371892 | + | Cortese Associates, 148 Claruth Drive, Windber, PA 15963-8927 |
| 14371899 | + | Martin M. Dudas, DDS, PC, 538 Vine Street, Johnstown, PA 15901-2013 |
| 14371900 | | Memorial Medical Center, P.O. Box 603396, Charlotte, NC 28260-3396 |
| 14371901 | + | Mr. Muffler Inc., 1022 Scalp Avenue, Johnstown, PA 15904-3035 |
| 14391631 | | NELNET EDUCATION FUNDING TRUST on behalf of, Educational Credit Management, Corporation/VA, Educational Credit Management, Corporation PO BOX 16408, St. Paul, MN 55116-0408 |
| 14396700 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Jun 15 2022 00:12:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14375425 | | EDI: PHINAMERI.COM | Jun 15 2022 04:08:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14371890 | | EDI: CAPITALONE.COM | Jun 15 2022 04:08:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14371894 | | Email/Text: bdsupport@creditmanagementcompany.com | Jun 15 2022 00:12:00 | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14371893 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 15 2022 00:12:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14371895 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2022 00:17:58 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14371897 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 15 2022 00:12:00 | ECMC, P.O. Box 64909, Saint Paul, MN 55164-0909 |
| 14371898 | + | Email/Text: bncnotifications@pheaa.org | Jun 15 2022 00:12:00 | Federal Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14519331 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 00:18:00 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14684011 | | Email/Text: blegal@phfa.org | Jun 15 2022 00:12:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14371903 | | Email/Text: blegal@phfa.org | Jun 15 2022 00:12:00 | PHFA- HEMAP, 211 North Front Street, P.O. Box 15530, Harrisburg, PA 17105-5530 |
| 14371904 | | Email/Text: blegal@phfa.org | Jun 15 2022 00:12:00 | PHFA-HEMAP, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 14662295 | | EDI: PRA.COM | Jun 15 2022 04:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14371906 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371905 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14660358 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14658053 | | Email/Text: bncnotifications@pheaa.org | Jun 15 2022 00:12:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14371907 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jun 15 2022 00:12:00 | US Dept of Ed/Great Lakes, Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14379924 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14371896 | ## | Department of Education, Fedloan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 14371902 | ##+ | Penn Credit Corporation, Attn: Bankruptcy, P.O. Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 17-70155-JAD   Doc 74   Filed 06/16/22   Entered 06/17/22 00:27:20   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 30 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022                    Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor David W. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Cynthia L. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Cynthia L. Shaulis jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor David W. Shaulis jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11