IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/14/22 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DAVID W. SHAULIS
CYNTHIA L. SHAULIS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-70155 JAD

Chapter 13

Related to ECF 68

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this <u>14th</u> day of <u>June</u>, <u>2022</u>, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70155-JAD |
| David W. Shaulis | Chapter 13 |
| Cynthia L. Shaulis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W. Shaulis, Cynthia L. Shaulis, 799 Woodstown Highway, Hollsopple, PA 15935-7320 |
| sp | + | Emerald N. Williams, Woomer & Talarico, LLC, 2945 Banksville Rd, Suite 200, Pittsburgh, PA 15216-2749 |
| 14371889 | + | ACS/Nelnet Nhlp-iii/tr, ACS Education Services, P.O. Box 7051, Utica, NY 13504-7051 |
| 14371891 | + | Collections Unit, Office of Attorney General, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14371892 | + | Cortese Associates, 148 Claruth Drive, Windber, PA 15963-8927 |
| 14371899 | + | Martin M. Dudas, DDS, PC, 538 Vine Street, Johnstown, PA 15901-2013 |
| 14371900 | | Memorial Medical Center, P.O. Box 603396, Charlotte, NC 28260-3396 |
| 14371901 | + | Mr. Muffler Inc., 1022 Scalp Avenue, Johnstown, PA 15904-3035 |
| 14391631 | | NELNET EDUCATION FUNDING TRUST on behalf of, Educational Credit Management, Corporation/VA, Educational Credit Management, Corporation PO BOX 16408, St. Paul, MN 55116-0408 |
| 14396700 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Jun 15 2022 00:12:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14375425 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 15 2022 00:12:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14371890 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 00:18:16 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14371894 | | Email/Text: bdsupport@creditmanagementcompany.com | Jun 15 2022 00:12:00 | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14371893 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 15 2022 00:12:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14371895 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2022 00:17:59 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14371897 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 15 2022 00:12:00 | ECMC, P.O. Box 64909, Saint Paul, MN 55164-0909 |
| 14371898 | + | Email/Text: bncnotifications@pheaa.org | Jun 15 2022 00:12:00 | Federal Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14519331 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 00:18:09 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14684011 | | Email/Text: blegal@phfa.org | Jun 15 2022 00:12:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14371903 | | Email/Text: blegal@phfa.org | Jun 15 2022 00:12:00 | PHFA- HEMAP, 211 North Front Street, P.O. Box 15530, Harrisburg, PA 17105-5530 |
| 14371904 | | Email/Text: blegal@phfa.org | Jun 15 2022 00:12:00 | PHFA-HEMAP, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 14662295 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:18:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14371906 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371905 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14660358 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2022 00:12:00 | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14658053 | | Email/Text: bncnotifications@pheaa.org | Jun 15 2022 00:12:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14371907 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jun 15 2022 00:12:00 | US Dept of Ed/Great Lakes, Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | | U.S. Bank, National Association, as Trustee, as su |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14379924 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14371896 | ## | Department of Education, Fedloan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 14371902 | ##+ | Penn Credit Corporation, Attn: Bankruptcy, P.O. Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor David W. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Cynthia L. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Joint Debtor Cynthia L. Shaulis jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | on behalf of Debtor David W. Shaulis jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11