## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>    DEBTORS,<br><br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>    MOVANTS,<br><br>v.<br><br>ACS/NELNET NHLP-III/TR<br>ACS EDUCATION SERVICES,<br>AMERICREDIT FINANCIAL SERVICES,<br>INC. DBA GM FINANCIAL,<br>CAPITAL ONE,<br>COLLECTIONS UNIT<br>OFFICE OF ATTORNEY GENERAL,<br>CORTESE ASSOCIATES,<br>CREDIT MANAGEMENT COMPANY,<br>CREDIT ONE BANK,<br>DEPARTMENT OF EDUCATION,<br>ECMC,<br>EMERALD N. HANUS, ESQ.,<br>FEDERAL LOAN SERVICING,<br>LVNV FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES,<br>MARTIN M. DUDAS, DDS, PC,<br>MEMORIAL MEDICAL CENTER,<br>MICHAEL E. MEGREY, ESQ.,<br>MR. MUFFLER INC.,<br>NELNET EDUCATIONAL FUNDING TRUST<br>C/O EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION/VA ED CRED. MANAGEMENT,<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>PENN CREDIT CORPORATION,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PHFA- HEMAP,<br>PHFA/HEMAP,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>RONDA J. WINNECOUR, ESQ.,<br>SELECT PORTFOLIO SERVICING<br>C/O KML LAW GROUP PC,<br>SELECT PORTFOLIO SERVICING, INC.,<br>U.S. BANK, NATIONAL ASSOCIATION<br>C/O BRIAN C. NICHOLAS, ESQ.<br>KML LAW GROUP, PC,<br>U.S. BANK, NATIONAL ASSOCIATION<br>C/O SELECT PORTFOLIO SERVICING, INC., | Bankruptcy No.   17-70155-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No.<br><br>Responses Due: May 6, 2023<br><br>Hearing Date & Time:<br>Wednesday, May 24, 2023 at 10:30 A.M. |

U.S. DEPARTMENT OF EDUCATION,
US DEPT OF ED/GREAT LAKES
HIGHER EDUCATION,
WILLIAM E. CRAIG, ESQ.,
     RESPONDENT(S).

NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF
DAVID W. SHAULIS AND CYNTHIA L. SHAULIS FOR ORDER TO REOPEN CHAPTER 13 CASE

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 6, 2023, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on Wednesday, May 24, 2023, at 10:30 A.M. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473.  All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Schedules On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller.  Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements.  Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:   04/19/2023

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Phone: (814) 444-0500
Fax:    (814) 444-0600
E-mail: dboger@shepleylaw.com