# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>    **DEBTOR(S)**.<br><br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>    **MOVANT(S)**,<br><br>v.<br><br>RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,<br>    **RESPONDENT(S).** | Bankruptcy No. 17-70155-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No.<br><br>Responses Due: July 14, 2023<br><br>Hearing Date & Time:<br>Wednesday, August 16, 2023 at<br>10:30 A.M. |

## CERTIFICATE OF SERVICE

I certify under the penalty of perjury that I served the Notice of Zoom Hearing With Response Deadline Regarding Motion of David W. Shaulis And Cynthia L. Shaulis for Order Substituting Special Counsel, Motion To Substitute Special Counsel, Exhibit A, Exhibit B, Proposed Order, and Proposed Default Order on the parties at the addresses specified below or on the attached list on June 27, 2023.

The type of service made on the parties was First-Class United States Mail, Postage Prepaid.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Please refer to the attached list of parties served and their respective addresses.

EXECUTED ON:

Please see the attached list of parties served and their respective addresses.

                                                    BY: /s/ Michael E. Megrey, Esq.
                                                        Michael E. Megrey, Esquire
                                                        Attorney for Debtors
                                                        PA I.D. #: 313748

Woomer & Talarico
2945 Banksville Road, Suite 200
Pittsburgh, PA 15216-2749
Tele # (412) 388-0848

| | | |
|---|---|---|
| William E. Craig, Esq.<br>Morton & Craig, LLC<br>110 Marter Ave.<br>Suite 301<br>Moorestown, NJ 08057 | ACS/Nelnet Nhlp-iii/tr<br>ACS Education Services<br>P.O. Box 7051<br>Utica, NY 13504 | ACS/Nelnet Nhlp-iii/tr<br>ACS Education Services<br>P.O. Box 7051<br>Utica, NY 13504-7051 |
| Americredit Financial Services, Inc. dba<br>GM Financial<br>P.O. Box 183853<br>Arlington, TX 76096 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank USA, N.A.<br>C/O Capital One Financial Corp.<br>Attn Richard D. Fairbank, Chairman & CEO<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3491 |
| Collections Unit<br>Office of Attorney General<br>14th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Cortese Associates<br>148 Claruth Drive<br>Windber, PA 15963 | Credit Management Company<br>Attn: Bankruptcy<br>2121 Noblestown Road<br>Pittsburgh, PA 15205 |
| Credit Management Company<br>2121 Noblestown Road<br>P.O. Box 16346<br>Pittsburgh, PA 15242-0346 | Credit One Bank<br>Attn: Bankruptcy<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank, N.A.<br>C/O Robert DeJong, Pres.<br>6801 Cimarron Road<br>Las Vegas, NV 89113 |
| David W. Shaulis<br>Cynthia L. Shaulis<br>799 Woodstown Highway<br>Hollsopple, PA 15935-7320 | Department of Education<br>Fedloan Servicing<br>P.O. Box 530210<br>Atlanta, GA 30353-0210 | ECMC<br>P.O. Box 64909<br>Saint Paul, MN 55164-0909 |
| Emerald N. Hanus, Esq.<br>Law Offices of Jerry S. Eisenberg<br>Two Gateway Center, Suite 1673<br>Pittsburgh, PA 15222 | Federal Loan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106 | LVNV Funding, LLC<br>C/O Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Martin M. Dudas, DDS, PC<br>538 Vine Street<br>Johnstown, PA 15901 | Memorial Medical Center<br>P.O. Box 603396<br>Charlotte, NC 28260-3396 | Michael E. Megrey, Esq.<br>Woomer & Talarico<br>2945 Banksville Road, Suite 200<br>Pittsburgh, PA 15216-2749 |
| Mr. Muffler Inc.<br>1022 Scalp Avenue<br>Johnstown, PA 15904 | Nelnet Educational Funding Trust<br>C/O Educational Credit Management<br>Corporation/VA Ed Cred. Management<br>P.O. Box 16408<br>Saint Paul, MN 55116-0408 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
| Penn Credit Corporation<br>Attn: Bankruptcy<br>P.O. Box 988<br>Harrisburg, PA 17108 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | PHFA- HEMAP<br>211 North Front Street<br>P.O. Box 15530<br>Harrisburg, PA 17105-5530 |
| PHFA-HEMAP<br>211 North Front Street<br>P.O. Box 15206<br>Harrisburg, PA 17105-5206 | PHFA/HEMAP<br>211 North Front Street<br>P.O. Box 8029<br>Harrisburg, PA 17105 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 |

Ronda J. Winnecour, Esq.
Chapter 13 Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Select Portfolio Servicing
C/O KML Law group PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

Select Portfolio Servicing, Inc.
P.O. Box 65450
Salt Lake City, UT 84165-0450

Select Portfolio Servicing, Inc.
Attn:  Bankruptcy Department
P.O. Box 65250
Salt Lake City, UT 84165

U.S. Bank, National Association
C/O Brian C. Nicholas, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

U.S. Bank, National Association
C/O Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

U.S. Department of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708-8973

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

US Dept of Ed/Great Lakes
Higher Education
Attn:  Bankruptcy
2401 International Lane
Madison, WI 53704

Daniel J. Boger, Esq.
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501-1563