## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>　　　DEBTORS,<br><br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>　　　MOVANTS,<br><br>　　　v.<br><br>ACS/NELNET NHLP-III/TR<br>ACS EDUCATION SERVICES,<br>AMERICREDIT FINANCIAL SERVICES,<br>INC. DBA GM FINANCIAL,<br>CAPITAL ONE,<br>COLLECTIONS UNIT<br>OFFICE OF ATTORNEY GENERAL,<br>CORTESE ASSOCIATES,<br>CREDIT MANAGEMENT COMPANY,<br>CREDIT ONE BANK,<br>DEPARTMENT OF EDUCATION,<br>ECMC,<br>EMERALD N. HANUS, ESQ.,<br>FEDERAL LOAN SERVICING,<br>LVNV FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES,<br>MARTIN M. DUDAS, DDS, PC,<br>MEMORIAL MEDICAL CENTER,<br>MICHAEL E. MEGREY, ESQ.,<br>MR. MUFFLER INC.,<br>NELNET EDUCATIONAL FUNDING TRUST<br>C/O EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION/VA ED CRED. MANAGEMENT,<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>PENN CREDIT CORPORATION,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PHFA- HEMAP,<br>PHFA/HEMAP,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>RONDA J. WINNECOUR, ESQ.,<br>SELECT PORTFOLIO SERVICING<br>C/O KML LAW GROUP PC,<br>SELECT PORTFOLIO SERVICING, INC.,<br>U.S. BANK, NATIONAL ASSOCIATION<br>C/O BRIAN C. NICHOLAS, ESQ.<br>KML LAW GROUP, PC, | Bankruptcy No. 17-70155-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. 105<br><br>Responses Due:<br><br>Hearing Date & Time: |

U.S. BANK, NATIONAL ASSOCIATION
C/O SELECT PORTFOLIO SERVICING, INC.,
U.S. DEPARTMENT OF EDUCATION,
US DEPT OF ED/GREAT LAKES
HIGHER EDUCATION,
WILLIAM E. CRAIG, ESQ.,
    RESPONDENT(S).

**CERTIFICATE OF SERVICE OF ORDER OF COURT, AMENDMENT COVER SHEET,
AMENDED SCHEDULE A/B, AMENDED SCHEDULE C**

    I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on July 19, 2023.

    The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) were: Certified United States Mail, Postage Prepaid and First-Class United States Mail, Postage Prepaid. If more than one method of service was employed, this certificate of service groups the parties by the type of service.

    Parties served by Certified United States Mail, Postage Prepaid:

Capital One Bank USA, NA
C/O Capital One Financial Corp.
Attn Richard D. Fairbank, Chairman & CEO
1680 Capital One Drive
McLean, VA 22102-3491

Credit One Bank, NA
C/O Robert DeJong, Pres.
6801 Cimarron Road
Las Vegas, NV 89113

U.S. Bank NA
C/O U.S. Bancorp
Attn: Andy Cecere, Chairman, Pres. & CEO
800 Nicollet Mall
Minneapolis, MN 55402

    Parties served by First-Class United States Mail, Postage Prepaid: Please refer to the attached list of parties served.

Date:   07/19/2023

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-Mail: dboger@shepleylaw.com
Counsel for the Debtor(s)/Movant(s)

Parties served by First-Class United States Mail, Postage Prepaid:

| | | |
|---|---|---|
| William E. Craig, Esq.<br>Morton & Craig, LLC<br>110 Marter Ave.<br>Suite 301<br>Moorestown, NJ 08057 | ACS/Nelnet Nhlp-iii/tr<br>ACS Education Services<br>P.O. Box 7051<br>Utica, NY 13504 | ACS/Nelnet Nhlp-iii/tr<br>ACS Education Services<br>P.O. Box 7051<br>Utica, NY 13504-7051 |
| Americredit Financial Services, Inc. dba<br>GM Financial<br>P.O. Box 183853<br>Arlington, TX 76096 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank USA, N.A.<br>C/O Capital One Financial Corp.<br>Attn Richard D. Fairbank, Chairman & CEO<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3491 |
| Collections Unit<br>Office of Attorney General<br>14th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Cortese Associates<br>148 Claruth Drive<br>Windber, PA 15963 | Credit Management Company<br>Attn:  Bankruptcy<br>2121 Noblestown Road<br>Pittsburgh, PA 15205 |
| Credit Management Company<br>2121 Noblestown Road<br>P.O. Box 16346<br>Pittsburgh, PA 15242-0346 | Credit One Bank<br>Attn: Bankruptcy<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank, N.A.<br>C/O Robert DeJong, Pres.<br>6801 Cimarron Road<br>Las Vegas, NV 89113 |
| David W. Shaulis<br>Cynthia L. Shaulis<br>799 Woodstown Highway<br>Hollsopple, PA 15935-7320 | Department of Education<br>Fedloan Servicing<br>P.O. Box 530210<br>Atlanta, GA 30353-0210 | ECMC<br>P.O. Box 64909<br>Saint Paul, MN 55164-0909 |
| Emerald N. Hanus, Esq.<br>Law Offices of Jerry S. Eisenberg<br>Two Gateway Center, Suite 1673<br>Pittsburgh, PA 15222 | Federal Loan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106 | LVNV Funding, LLC<br>C/O Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Martin M. Dudas, DDS, PC<br>538 Vine Street<br>Johnstown, PA 15901 | Memorial Medical Center<br>P.O. Box 603396<br>Charlotte, NC 28260-3396 | Michael E. Megrey, Esq.<br>Woomer & Talarico<br>2945 Banksville Road, Suite 200<br>Pittsburgh, PA 15216-2749 |
| Mr. Muffler Inc.<br>1022 Scalp Avenue<br>Johnstown, PA 15904 | Nelnet Educational Funding Trust<br>C/O Educational Credit Management<br>Corporation/VA Ed Cred. Management<br>P.O. Box 16408<br>Saint Paul, MN 55116-0408 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
| Penn Credit Corporation<br>Attn: Bankruptcy<br>P.O. Box 988<br>Harrisburg, PA 17108 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | PHFA- HEMAP<br>211 North Front Street<br>P.O. Box 15530<br>Harrisburg, PA 17105-5530 |
| PHFA-HEMAP<br>211 North Front Street<br>P.O. Box 15206<br>Harrisburg, PA 17105-5206 | PHFA/HEMAP<br>211 North Front Street<br>P.O. Box 8029<br>Harrisburg, PA 17105 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 |

| | | |
|---|---|---|
| Ronda J. Winnecour, Esq.<br>Chapter 13 Trustee<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Select Portfolio Servicing<br>C/O KML Law group PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Select Portfolio Servicing, Inc.<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 |
| Select Portfolio Servicing, Inc.<br>Attn:  Bankruptcy Department<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | U.S. Bank, National Association<br>C/O Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | U.S. Bank, National Association<br>C/O Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| U.S. Department of Education<br>Claims Filing Unit<br>P.O. Box 8973<br>Madison, WI 53708-8973 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Dept of Ed/Great Lakes<br>Higher Education<br>Attn:  Bankruptcy<br>2401 International Lane<br>Madison, WI 53704 |