**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>      DEBTORS,<br><br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>      MOVANTS,<br><br>v.<br><br>ACS/NELNET NHLP-III/TR<br>ACS EDUCATION SERVICES,<br>AMERICREDIT FINANCIAL SERVICES,<br>INC. DBA GM FINANCIAL,<br>CAPITAL ONE,<br>COLLECTIONS UNIT<br>OFFICE OF ATTORNEY GENERAL,<br>CORTESE ASSOCIATES,<br>CREDIT MANAGEMENT COMPANY,<br>CREDIT ONE BANK,<br>DEPARTMENT OF EDUCATION,<br>ECMC,<br>EMERALD N. HANUS, ESQ.,<br>FEDERAL LOAN SERVICING,<br>LVNV FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES,<br>MARTIN M. DUDAS, DDS, PC,<br>MEMORIAL MEDICAL CENTER,<br>MR. MUFFLER INC.,<br>NELNET EDUCATIONAL FUNDING TRUST<br>C/O EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION/VA ED CRED. MANAGEMENT,<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>PENN CREDIT CORPORATION,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PHFA- HEMAP,<br>PHFA/HEMAP,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>RONDA J. WINNECOUR, ESQ.,<br>SELECT PORTFOLIO SERVICING<br>C/O KML LAW GROUP PC,<br>SELECT PORTFOLIO SERVICING, INC.,<br>U.S. BANK, NATIONAL ASSOCIATION<br>C/O BRIAN C. NICHOLAS, ESQ.<br>KML LAW GROUP, PC, | Bankruptcy No. 17-70155-JAD<br><br>Chapter 13<br><br>Doc. No. 99<br><br>Related to Doc.<br><br>Responses Due:<br><br>Hearing Date & Time:<br><br>FILED<br>8/11/23 9:28 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

U.S. BANK, NATIONAL ASSOCIATION
C/O SELECT PORTFOLIO SERVICING, INC.,
U.S. DEPARTMENT OF EDUCATION,
US DEPT OF ED/GREAT LAKES
HIGHER EDUCATION,
WILLIAM E. CRAIG, ESQ.,
                RESPONDENT(S).

## ORDER

AND NOW, this 11th day of August, 2023, the Court having considered the Motion to Approve Settlement of Personal Injury Claim and Distribution of Settlement Funds, and any Responses filed thereto, **IT IS HEREBY ORDERED, ADJUDGED, DETERMINED, FOUND, and DECREED** that:

The Court hereby authorizes Special Counsel to settle Debtors'/Movants' personal injury claim styled as Cynthia L. Shaulis, et vir v. Conemaugh Township Area School District, et al., filed in the Court of Common Pleas of Somerset County, Pennsylvania, at Docket No. 563 CIVIL 2020 as follows:

1. Settlement with Conemaugh Township Area School District in the sum of three thousand and 00/100 dollars ($3,000.00) within twenty (20) days of the execution of the Settlement Agreement through the issuance of a settlement check made payable to "Cynthia Shaulis, David Shaulis, and Woomer & Talarico, their attorneys."

2. Settlement with C.M. Eichenlaub Co. in the sum of five thousand and 00/100 dollars ($5,000) within twenty (20) days of the execution of the Settlement Agreement through the issuance of a settlement check made payable to "Cynthia Shaulis, David Shaulis, and Woomer & Talarico, their attorneys."

3. Settlement with Hussey Seating Company in the sum of five thousand and 00/100 dollars ($5,000) within twenty (20) days of the execution of the Settlement Agreement through the issuance of a settlement check made payable to "Cynthia Shaulis, David Shaulis, and Woomer & Talarico, their attorneys."

4. Movants and Special Counsel may execute the necessary documents to effect the settlement as outlined in paragraphs 1-3.

5. The Court approves Special Counsel's contingency fee of Forty Percent (40% - reduced) as agreed by the Debtors/Movants in the fee agreement and which was included in the original Motion to Employ Special Counsel in this matter, which totals Five Thousand One Hundred Ninety Five Dollars ($5,195.00), to be paid first from the settlement funds.

6. The Court approves Special Counsel's request for reimbursement of the expenses incurred in the prosecution of the personal injury claim in the amount of One Thousand Eight Hundred Nine Dollars and Thirty Three Cents ($1,809.33), to be paid second from the settlement funds.

7. The Court approves Special Counsel's request to pay Equian's lien of Two Thousand Nine Hundred Ninety Five Dollars and Thirty Three Cents ($2,995.33), to be paid third from the settlement funds.

8. The Court approves the remaining, net recovery from this action, Three Thousand Dollars and Thirty Four Cents (3,000.34), to be paid fourth and finally to the Debtors/Movants.

9. The Court finds the above-described settlement is in the best interest of the Debtors/Movants and the bankruptcy estate.

10. The parties and their counsel believe the above-described settlement is fair and reasonable, and is hereby authorized, approved and confirmed.

11. The parties are authorized and directed to execute documents and to take such other and further action as may be reasonable and necessary to effectuate the terms of this Order.

BY THE COURT:

_____ jsf
JEFFERY A. DELLER
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70155-JAD |
| David W. Shaulis | Chapter 13 |
| Cynthia L. Shaulis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W. Shaulis, Cynthia L. Shaulis, 799 Woodstown Highway, Hollsopple, PA 15935-7320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bnicholas@kmllawgroup.com |
| Daniel J. Boger | |
| | on behalf of Debtor David W. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | |
| | on behalf of Joint Debtor Cynthia L. Shaulis dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Jon A. McKechnie | |
| | on behalf of Debtor David W. Shaulis jmckechnie@shepleylaw.com bk@shepleylaw.com |
| Jon A. McKechnie | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Joint Debtor Cynthia L. Shaulis jmckechnie@shepleylaw.com  bk@shepleylaw.com

Leon P. Haller
 on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com
 khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich
 on behalf of Creditor U.S. Bank  National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor
 to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga mmiksich@kmllawgroup.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
 on behalf of Creditor U.S. Bank  National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor
 to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga bkgroup@kmllawgroup.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

William E. Craig
 on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
 mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 11