IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID W. SHAULIS,<br>CYNTHIA L. SHAULIS,<br>      DEBTORS,<br><br>CYNTHIA L. SHAULIS,<br><br>      MOVANTS,<br><br>v.<br><br>ACS/NELNET NHLP-III/TR<br>ACS EDUCATION SERVICES,<br>AMERICREDIT FINANCIAL SERVICES,<br>INC. DBA GM FINANCIAL,<br>CAPITAL ONE,<br>COLLECTIONS UNIT<br>OFFICE OF ATTORNEY GENERAL,<br>CORTESE ASSOCIATES,<br>CREDIT MANAGEMENT COMPANY,<br>CREDIT ONE BANK,<br>DEPARTMENT OF EDUCATION,<br>ECMC,<br>EMERALD N. HANUS, ESQ.,<br>FEDERAL LOAN SERVICING,<br>LVNV FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES,<br>MARTIN M. DUDAS, DDS, PC,<br>MEMORIAL MEDICAL CENTER,<br>MICHAEL E. MEGREY, ESQ.,<br>MR. MUFFLER INC.,<br>NELNET EDUCATIONAL FUNDING TRUST<br>C/O EDUCATIONAL CREDIT MANAGEMENT<br>CORPORATION/VA ED CRED. MANAGEMENT,<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>PENN CREDIT CORPORATION,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PHFA- HEMAP,<br>PHFA/HEMAP,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>RONDA J. WINNECOUR, ESQ.,<br>SELECT PORTFOLIO SERVICING<br>C/O KML LAW GROUP PC,<br>SELECT PORTFOLIO SERVICING, INC.,<br>U.S. BANK, NATIONAL ASSOCIATION<br>C/O DENISE CARLON, ESQ.<br>KML LAW GROUP, PC, | Bankruptcy No. 17-70155-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. 122, 123 |

U.S. BANK, NATIONAL ASSOCIATION
C/O SELECT PORTFOLIO SERVICING, INC.,
U.S. DEPARTMENT OF EDUCATION,
US DEPT OF ED/GREAT LAKES
HIGHER EDUCATION,
WILLIAM E. CRAIG, ESQ.,
   RESPONDENT(S).

**CERTIFICATE OF SERVICE OF ORDER OF COURT, AMENDMENT COVER SHEET,
AMENDED SCHEDULE A/B, AMENDED SCHEDULE C**

  I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on January 3, 2025.

  The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) were: Certified United States Mail, Postage Prepaid and First-Class United States Mail, Postage Prepaid. If more than one method of service was employed, this certificate of service groups the parties by the type of service.

  Parties served by Certified United States Mail, Postage Prepaid:

Capital One Bank USA, NA
C/O Capital One Financial Corp.
Attn Richard D. Fairbank, Chairman & CEO
1680 Capital One Drive
McLean, VA 22102-3491

Credit One Bank, NA
C/O Robert DeJong, Pres.
6801 Cimarron Road
Las Vegas, NV 89113

U.S. Bank NA
C/O U.S. Bancorp
Attn: Andy Cecere, Chairman, Pres. & CEO
800 Nicollet Mall
Minneapolis, MN 55402

  Parties served by First-Class United States Mail, Postage Prepaid: Please refer to the attached list of parties served.

Date: 01/03/2025

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 092961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-Mail: dboger@shepleylaw.com
Counsel for the Debtor(s)/Movant(s)

**Parties served by First-Class United States Mail, Postage Prepaid:**

William E. Craig, Esq.
Morton & Craig, LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057

ACS/Nelnet Nhlp-iii/tr
ACS Education Services
P.O. Box 7051
Utica, NY 13504

ACS/Nelnet Nhlp-iii/tr
ACS Education Services
P.O. Box 7051
Utica, NY 13504-7051

Americredit Financial Services, Inc. dba
GM Financial
P.O. Box 183853
Arlington, TX 76096

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank USA, N.A.
C/O Capital One Financial Corp.
Attn Richard D. Fairbank, Chairman & CEO
1680 Capital One Drive
Mc Lean, VA 22102-3491

Collections Unit
Office of Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120

Cortese Associates
148 Claruth Drive
Windber, PA 15963

Credit Management Company
Attn:  Bankruptcy
2121 Noblestown Road
Pittsburgh, PA 15205

Credit Management Company
2121 Noblestown Road
P.O. Box 16346
Pittsburgh, PA 15242-0346

Credit One Bank
Attn: Bankruptcy
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit One Bank, N.A.
C/O Robert DeJong, Pres.
6801 Cimarron Road
Las Vegas, NV 89113

David W. Shaulis
Cynthia L. Shaulis
799 Woodstown Highway
Hollsopple, PA 15935-7320

Department of Education
Fedloan Servicing
P.O. Box 530210
Atlanta, GA 30353-0210

ECMC
P.O. Box 64909
Saint Paul, MN 55164-0909

Emerald N. Hanus, Esq.
Law Offices of Jerry S. Eisenberg
Two Gateway Center, Suite 1673
Pittsburgh, PA 15222

Federal Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

LVNV Funding, LLC
C/O Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Martin M. Dudas, DDS, PC
538 Vine Street
Johnstown, PA 15901

Memorial Medical Center
P.O. Box 603396
Charlotte, NC 28260-3396

Michael E. Megrey, Esq.
Woomer & Talarico
2945 Banksville Road, Suite 200
Pittsburgh, PA 15216-2749

Mr. Muffler Inc.
1022 Scalp Avenue
Johnstown, PA 15904

Nelnet Educational Funding Trust
C/O Educational Credit Management
Corporation/VA Ed Cred. Management
P.O. Box 16408
Saint Paul, MN 55116-0408

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Penn Credit Corporation
Attn: Bankruptcy
P.O. Box 988
Harrisburg, PA 17108

Pennsylvania Dept. of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

PHFA- HEMAP
211 North Front Street
P.O. Box 15530
Harrisburg, PA 17105-5530

PHFA-HEMAP
211 North Front Street
P.O. Box 15206
Harrisburg, PA 17105-5206

PHFA/HEMAP
211 North Front Street
P.O. Box 8029
Harrisburg, PA 17105

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

**Parties served by First-Class United States Mail, Postage Prepaid:**

Ronda J. Winnecour, Esq.
Chapter 13 Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Select Portfolio Servicing
C/O KML Law group PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

Select Portfolio Servicing, Inc.
P.O. Box 65450
Salt Lake City, UT 84165-0450

Select Portfolio Servicing, Inc.
Attn:  Bankruptcy Department
P.O. Box 65250
Salt Lake City, UT 84165

U.S. Bank, National Association
C/O Denise Carlon, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

U.S. Bank, National Association
C/O Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

U.S. Department of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708-8973

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

US Dept of Ed/Great Lakes
Higher Education
Attn:  Bankruptcy
2401 International Lane
Madison, WI 53704

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pennsylvania Housing Finance Agency/HEMAP
211 North Front Street
P.O. Box 15026
Harrisburg, PA 17105-5206